**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sergio BARAHONA, Defendant–
Appellant.**

**No. 14–10388.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 22, 2015.*

Filed June 30, 2015.

Brian Robert Decker, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esquire, Law Office of Francisco Leon, Tucson, AZ, for Defendant–Appellant.

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Sergio Barahona appeals from the district court's judgment and challenges the 48–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Barahona contends that his sentence is substantively unreasonable based on the specific facts of his case, including that he returned to the United States to support and provide home care for his family. He also argues that the 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A) is disproportionately harsh. The district court imposed a downward variance of nine months from the advisory Guidelines in consideration of the mitigating factors, and did not abuse its discretion in imposing Barahona's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The 48–month sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including Barahona's criminal history of domestic abuse. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

